IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE C. LONG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | 3:04cv407-MHT |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On July 5, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and petitioner's 28 U.S.C. § 2255 motion is denied, as the claims therein entitle him to no relief.

Done this the 28th day of July, 2006.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE