IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE C. LONG, | ) | |
| Petitioner, | )<br>)<br>) | |
| v | ) | 3:04cv407-MHT |
| UNITED STATES OF AMERICA, | )<br>) | [WO] |
| Respondent. | )<br>) | |

**JUDGMENT**

In accordance with the order entered today, it is ORDERED, ADJUDGED, and DECREED that this case is dismissed, as the claims therein entitle Defendant Long to no relief.

Done this the 28th day of July, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE